The People of the State of New York ex rel. Henry E. Westbay, Appellant, v. Michael Delaney, Respondent.— Order affirmed, on opinion of Lehman, J., at Special Term. (Reported in 73 Misc. Rep. 5.)

In the Matter of the Application of Isaac Sloboder, Appellant, for the Examination of Samuel Karger, an Expected Defendant in an Action About to Be Brought, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Alfred E. Cortis, Respondent, v. Great Southern Lumber Company, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. (Laughlin, J., dissented.)

James F. Kinkade, Respondent, v. Live Oak Copper Mining and Smelting Company, Appellant, Impleaded with Others.— Motion granted. Amended case on appeal to be refiled within ten days.

James T. Bunt, as Trustee, in Bankruptcy of Thomas O'Brien, Bankrupt, Respondent, v. Catherine O'Brien and Thomas O'Brien, Appellants, Impleaded with Mary McNamara.— Order affirmed, with ten dollars costs and disbursements. No opinion.

In the Matter of the Application of M. J. Walsh, as Deputy Comptroller of the State of New York, Respondent, for an Order Transferring Certain Court and Trust Funds from the New York Life Insurance and Trust Company of the County of New York, Appellant, to the Chamberlain of the City of New York.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Louis Oppenheimer, Respondent, v. Emanuel Van Raalte and Zealie Van Raalte, Copartners Doing Business under the Firm Name of S. Oppenheimer & Levy, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion.

In the Matter of Frederick Daniel Hughes, Deceased. In the Matter of the Judicial Settlement of the Account of Clara Hadfield Hughes, as Executrix, etc., of Frederick Daniel Hughes, Deceased, Appellant; Elizabeth Hughes Blakeman and Hattie M. Ryder, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Cora N. Kaiser, Respondent, v. James S. Harris, Appellant, Impleaded with Thomas R. Harris.— Order affirmed, with ten dollars costs and disbursements. No opinion. (Laughlin, J., dissented.)

Louis Lichtenhein and James Stern, Respondents, v. Ferdinand Jacobson and Joseph C. Jacobson, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion.